# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147700(52)

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA, UAW LOCAL 6000,
MICHIGAN CORRECTIONS
ORGANIZATION SEIU LOCAL 526,
MICHIGAN PUBLIC EMPLOYEES SEIU
LOCAL 517M, and MICHIGAN STATE
EMPLOYEES ASSOCIATION AFSCME,
LOCAL 5,

      Plaintiffs-Appellants,

v

NINO ERWIN GREEN, EDWARD D.
CALLAGHAN, ROBERT LABRANT,
GOVERNOR OF MICHIGAN, and
ATTORNEY GENERAL,

      Defendants-Appellees.

_____/

SC: 147700
COA: 314781

      On order of the Chief Justice, the motion of the Michigan Chamber of Commerce to participate as an amicus curiae is GRANTED.  The amicus brief submitted on June 4, 2014 is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2014



Clerk